**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ALAN GILKERSON,

    Plaintiff,

vs.                                              CASE NO. 4:07CV25-WS/AK

OFFICER BERT WORTHEY,

    Defendant.

_____/

**O R D E R**

Plaintiff, an inmate proceeding *pro se*, has filed an amended complaint alleging that Defendant Worthey was "negligent" when he directed Plaintiff to change a wheel barrow tire that resulted in an injury to his thumb. (Doc. 21).

The mere claim of negligence on the part of Officer Worthey does not state a claim for relief under §1983. Daniels v. Williams, 474 U.S. 327 (1986); Davidson v. Cannon, 414 U.S. 344 (1986). To prove a claim of deliberate indifference to a substantial risk of serious harm, a plaintiff must show that (1) a substantial risk of serious harm; (2) the defendant's deliberate indifference to that risk; and (3) causation. Hale v. Tallapoosa County, 50 F.3d 1579, 1582 (11 Cir. 1995). While Plaintiff has provided some good information about this claim, the Court is of the opinion that he should submit a Second Amended Complaint setting forth a few more facts, if he is asserting this claim under the Eighth Amendment as he states, he must provide facts that support a claim that Worthey was deliberate indifferent, not just negligent. There

may not be any facts to support deliberate indifference, but Plaintiff should be aware of the elements necessary for this claim and he will be given one more opportunity to provide these facts.

To amend his complaint, Plaintiff must completely fill out a new civil rights complaint form, marking it "Second Amended Complaint."  Plaintiff is advised that the amended complaint must contain all of Plaintiff's allegations and should not in any way refer to the original or amended complaints.  An amended complaint completely replaces all previous complaints and all earlier complaints are disregarded.  N.D. Fla. Loc. R. 15.1.  Plaintiff should file the amended complaint in the Court and keep one identical copy for himself.  Plaintiff need not file service copies until instructed to do so by the court.

Accordingly, it is hereby

**ORDERED:**

1. The clerk of court shall forward to Plaintiff another Section 1983 form.

2. Plaintiff must respond to this order by **July 27, 2007.**

3. **Failure of Plaintiff to respond to this order or submit the requested information or explain his inability to do so will result in a recommendation to the District Judge that this action be dismissed.**

**DONE AND ORDERED** this 6th day of July, 2007.

S/ A Kornblum
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

4:07CV25-WS/AK