**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ALAN LEE GILKERSON,**

    Plaintiff,

vs.                                                      **CASE NO. 4:07CV25-WS/AK**

**OFFICER BERT WORTHY,**

    Defendant.

_____/

**O R D E R**

Presently before the Court in the above entitled action is Defendant's Motion for an extension of time for thirty days to file a special report. (Doc. 35). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall file a special report on or before **January 28, 2008**.

**DONE AND ORDERED** this 27th day of December, 2007.

                                      s/ A Kornblum
                                      **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**