# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ALAN LEE GILKERSON,**

    **Plaintiff,**

**vs.**                                                              **CASE NO. 4:07CV25-WS/AK**

**OFFICER BERT WORTHEY,**

    **Defendant.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion for Additional Enlargement of Time. (Doc. 40). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through **February 9, 2008**, to file his special report.

**DONE AND ORDERED** this __30th__ day of January, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**