**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ALAN LEE GILKERSON,**

    **Plaintiff,**

**vs.**                                                       **CASE NO. 4:07CV25-WS/AK**

**BERT WORTHEY,**

    **Defendant.**

_____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion for Extension of Time to Respond to the pending motion for summary judgment. (Doc. 49). Plaintiff has misread the Court's previous Order (doc. 47) to mean that he must file a response to the motion by March 14, 2008. Actually, Plaintiff is to file any motions for discovery with the Court by March 14, 2008 (within 30 days of the date of the Order) and file his response to the motion for summary judgment by April 14, 2008. Plaintiff mentions in his motion that he has mailed a motion for discovery and is awaiting materials. If Plaintiff wants to serve discovery upon the Defendant he must first file a motion for discovery with the court and attach the proposed discovery to it, as the previous Order instructed. (See Doc. 47, p.2). If Plaintiff has served discovery on Defendant without prior leave of Court he will not likely get a response to it, and he should now follow the instructions set forth herein.

Accordingly, it is

**ORDERED:**

Plaintiff's Motion for Extension of Time (doc. 49) is **GRANTED**, and Plaintiff shall file any motions for discovery with the attached proposed discovery with the Court on or before March 31, 2008.  The Court will at that time reset the deadline for filing a final response to the pending motion for summary judgment.

**DONE AND ORDERED** this **26th** day of February, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:07cv25-ws/ak**