**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ALAN LEE GILKERSON,

    Plaintiff,

vs.                                                                  CASE NO. 4:07CV25-WS/AK

BERT WORTHEY,

    Defendant.

_____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion for Discovery. (Doc. 52). Having considered said motion, the court is of the opinion that it should be **GRANTED IN PART AND DENIED IN PART.** Insofar as Plaintiff seeks (a) pictures of said accident; (b) statements made by Inmate Griffis; and (c) any other witness statements in Defendant's possession, the motion is **GRANTED** and these requests shall be deemed to be served upon Defendant on this date. However, the request for "all evidentiary material that the Defendant has upon said Plaintiff" is too broad and the motion is **DENIED** insofar as Plaintiff seeks leave to serve this request upon Defendant.

**DONE AND ORDERED** this 29th day of February, 2008.

                                       S/ A Kornblum
                                       **ALLAN KORNBLUM
                                       UNITED STATES MAGISTRATE JUDGE**