# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ALAN LEE GILKERSON,**

    **Plaintiff,**

vs.                                                                                        **CASE NO. 4:07CV25-WS/AK**

**BERT WORTHEY,**

    **Defendant.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's letter, which the Court construes as a motion to compel. (Doc. 56). Plaintiff complains that he has not received discovery responses to requests that this Court deemed served on February 28, 2008. (See Doc. 53). Accepting Plaintiff's representations as true, the Court hereby **GRANTS** the motion to compel and directs Defendants to respond to these requests on or before **April 18, 2008.**

**DONE AND ORDERED** this 3rd day of April, 2008.

                                               S/ A Kornblum
                                               **ALLAN KORNBLUM**
                                               **UNITED STATES MAGISTRATE JUDGE**