IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN LEE GILKERSON,

    Plaintiff,

vs.                                   CASE NO. 4:07CV25-WS/AK

BERT WORTHEY,

    Defendant.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Second Motion to Compel. (Doc. 59). Defendant has responded and provided the photographs at issue (doc. 62), which moots the majority of Plaintiff's motion. Plaintiff also raises issues of truthfulness by some of the witnesses and asks the Court to set a deposition, but the Court does not provide funds for depositions in pro se cases. Plaintiff may file his own affidavit opposing the representations made by the persons he takes issue with their statements.

Accordingly, it is

**ORDERED:**

Plaintiff's Motion to Compel (doc. 59) is **DEEMED MOOT**.

**DONE AND ORDERED** this __**23**rd__ day of April, 2008.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**