IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN LEE GILKERSON,

        Plaintiff,

v.                                                                   4:07cv25-WS

OFFICER BERT WORTHEY,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 70) docketed July 30, 2007.  The magistrate judge recommends that the defendant's motion for summary judgment be denied.  The defendant has filed objections (doc. 71) to the report and recommendation, and the plaintiff has responded (doc. 73) to those objections.

The defendant maintains that the plaintiff failed to exhaust his administrative remedies and is, therefore, precluded from pursuing his claims in federal court.  The defendant concedes that the defendant bears the burden of proving that the plaintiff failed to exhaust his administrative remedies.  As the magistrate judge correctly concluded, the defendant failed to carry its burden in this instance.  The court, moreover, is not persuaded that the defendant should be permitted another opportunity to submit "further definitive clarifying evidence on the issue of exhaustion."  Doc. 71 at 5.  The court contemplates that the parties will present all of their arguments on a given

Case 4:07-cv-00025-WS-AK   Document 75   Filed 09/10/08   Page 2 of 2

Page 2 of 2

issue at one time and not piece-meal those arguments in subsequent filings after an adverse ruling.

On the merits, the magistrate judge concluded that there was a genuine issue of material fact precluding entry of summary judgment. This court agrees.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The case shall be REMANDED to the magistrate judge for further proceedings.

DONE AND ORDERED this   10th   day of   September  , 2008.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE